UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER KELLMAN,

       Petitioner,

                                    Case No.: 1:13-cv-133

v.

                                      HONORABLE PAUL L. MALONEY

LINDA TRIBLEY,

       Respondent.

_____/

## ORDER ADOPTING MAGISTRATEJUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 10). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Petitioner's motion for extension of time and motion to lift the stay (ECF No. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  October 17, 2013                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge