UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER KELLMAN,

    Plaintiff,

                                      Case No. 1:13-cv-133

v.

                                      HONORABLE PAUL L. MALONEY

LINDA TRIBLEY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff.

Date:  October 17, 2013                            /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District