UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER KELLMAN,

    Plaintiff,

v.

    Case No. 1:13-cv-133

    HONORABLE PAUL L. MALONEY

LINDA TRIBLEY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff.

Date:  October 17, 2013            /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District